**No. 54152.**—T. M. Duche & Sons, Inc., et al. *v.* United States, protests 815452–G, etc. (Boston).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.